# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF ____CALIFORNIA____

In the Matter of the Search of

Motorola I560 Mobile Telephone
Model No.: I560
Serial No: Removed (scratched off)
Battery Serial No.: SNN5705C
(Benjamin CORTEZ)

Nokia Mobile Telephone
Model No.: 3500B
Serial No.: IMEI: 358665/01/552432/3
(Benjamin CORTEZ)

Samsung Mobile Telephone
Model No.: SGH-T219S
Serial No.: RU7Q111679N
(Dimas ALCARAZ-Preciado)

Samsung Mobile Telephone
Model No.: SGH-E236
Serial No.: RC1P979673H
(Sergio MARES-Guerrero)

Samsung Mobile Telephone
Model No.: SGH-4707
Serial No.: RVWP734069W
(Sergio MARES-Guerrero)

08 JUN 17 AM 11:59

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

BY: _____ DEPUTY

CASE NUMBER: '08 MJ 1871

I, __Joel M. Dolloff__, being duly sworn depose and say:

I am a __Special Agent with the United States Immigration and Customs Enforcement__, and have reason to believe that property or premises known as:

    See Attachment A

in the Southern District of California there is now concealed a certain person or property, namely,

    See Attachment B

which is:    Subject to seizure under Rule 41(b)(1) of the Federal Rules of Criminal Procedure because the property constitutes evidence of the commission of criminal offenses or instrumentalities used in committing criminal offenses. The criminal offenses at issue are violations of: (1) Title 21, United States Code, Section 952 and 960, importation of a controlled substance, and (2) Title 21, United States Code, Sections 841 (a)(1), Possession of a controlled substance with intent to distribute, (3) Title 21 United States Code Section 846, attempt and conspiracy.

//

See Affidavit of Joel M. Dolloff

Continued on the attached sheet and made a part thereof.    X Yes    __ No

Joel M. Dolloff
Special Agent
United States Immigration and Customs Enforcement
United States Department of Homeland Security

Sworn to before me, and subscribed in my presence

6-16-08    at    San Diego, California
Date              City and State

Nita L. Stormes, United States Magistrate Judge
Name and Title of Judicial Officer              Signature of Judicial Officer